U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 2 5 2011

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

## VERDICT OF THE JURY

We, the jury, have answered the foregoing special issues in the manner indicated in this verdict form, and returned these answers into Court as our verdict.

DATE  03/25/11

_____
PRESIDING JUROR